No. 17, original. EX PARTE BAKELITE CORPORATION. October 8, 1928. *Per Curiam:* The motion for leave to file petition for writ of prohibition is granted and a rule to show cause is ordered to issue returnable on Monday, October 29 next. *Mr. Albert MacC. Barnes, Jr.,* for petitioner.

No. 16, original. EX PARTE THE PUBLIC NATIONAL BANK OF NEW YORK. October 8, 1928. *Per Curiam:* The motion for leave to file petition for a writ of mandamus is granted and a rule to show cause is ordered to issue returnable on Monday, October 29, next. *Messrs. Henry L. Moses, Martin Saxe, Robert C. Beatty, Herman G. Kopald, Edward F. Colladay, Albert Ottinger,* and *Henry S. Manley* for petitioner.

No. 116. GRAYSON ET AL. *v.* HARRIS ET AL. Motion to dismiss submitted October 1, 1928. Decided October 8, 1928. *Per Curiam:* The writ of error is dismissed on the authority of § 237, of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the same is granted. *Mr. Robert F. Blair* for defendants in error, in support of the motion. *Messrs. Robert M. Rainey, Streeter B. Flynn,* and *William Neff* for plaintiffs in error, in opposition thereto.